UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIE EASLEY,

    Plaintiff,

v.

HEDGEPETH et al,

    Defendant.

Case Number: CV09-05477 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claudie Easley F-14636
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: February 16, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk