UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIE EASLEY, | No. C 09-5477 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HEDGPETH, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is dismissed as untimely. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: June 24, 2010

SUSAN ILLSTON
United States District Judge